STEWART v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 21, 1914.) No. 4194. In Error to the District Court of the United States for the Eastern District of Oklahoma. C. B. Stuart, of Oklahoma City, Okl., F. E. Riddle, of Chickasha, Okl., and D. M. Bridges, of Waurika, Okl., for plaintiff in error. D. H. Linebaugh, U. S. Atty., of Atoka, Okl., for the United States. Before SANBORN, ADAMS, and SMITH, Circuit Judges.

PER CURIAM. Reversed, on confession of error and consent of defendant in error, without costs to either party in this court, and cause remanded, with directions to set aside the judgment, and to sustain demurrer to indictment.

---

TAYLOR v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. February 17, 1915.) No. 4412. In Error to the District Court of the United States for the Western District of Missouri. Horace L. Dyer, of St. Louis, Mo., for plaintiff in error. Francis M. Wilson, U. S. Atty., of Kansas City, Mo., for the United States. Before SANBORN and ADAMS, Circuit Judges.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, pursuant to rule 16, on motion of defendant in error and stipulation of parties.

---

UNITED STATES v. DEANS. (Circuit Court of Appeals, Eighth Circuit. December 14, 1914.) No. 4169. In Error to the District Court of the United States for the Eastern District of Arkansas. W. H. Martin, U. S. Atty., of Hot Springs, Ark., for the United States. Before SANBORN, ADAMS, and SMITH, Circuit Judges.

PER CURIAM. Dismissed, without costs to either party in this court, on motion of plaintiff in error.

---

UNITED STATES v. UNION PAC. R. CO. (two cases). (Circuit Court of Appeals, Eighth Circuit. January 5, 1915.) Nos. 4242, 4243. In Error to the District Court of the United States for the District of Wyoming. Charles L. Rigdon, U. S. Atty., of Cheyenne, Wyo., for the United States. Herbert V. Lacey and John W. Lacey, both of Cheyenne, Wyo., for defendant in error. Before HOOK and CARLAND, Circuit Judges, and AMIDON, District Judge.

PER CURIAM. Dismissed, without costs to either party in this court, per stipulation of parties.

---

VIRGIN TIMBER CO. v. RINGER. (Circuit Court of Appeals, Eighth Circuit. November 30, 1914.) No. 4345. Appeal from the District Court of the United States for the Eastern District of Arkansas. Moore, Smith & Moore, of Little Rock, Ark., for appellant. Rose, Hemingway, Cantrell, Loughborough & Miles, of Little Rock, Ark., for appellee. Before ADAMS, Circuit Judge, and DYER, District Judge.

PER CURIAM. Appeal dismissed, at costs of appellee, per stipulation of parties.